United States Court of Appeals
Fifth Circuit

**F I L E D**

**March 17, 2004**

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 03-20450

ROBERT HORTON; NATIONALIST TELEVISION, a Texas Non-Profit
Corporation; BARRY HACKNEY,

Plaintiffs-Appellants

VERSUS

CITY OF HOUSTON, TEXAS; ACCESS HOUSTON CABLE CORPORATION,

Defendants-Appellees.

Appeal from the United States District Court
For the Southern District of Texas
H-92-CV-3451

Before REAVLEY, DAVIS and DeMOSS, Circuit Judges.

PER CURIAM:[*]

After reviewing the record created on remand and considering the briefs of the parties and argument of counsel, we are satisfied that the district court properly carried out our remand instructions. We also conclude that the district court did not err in concluding that the fee in question was narrowly tailored to

---

[*]Pursuant to 5ᵀᴴ CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ CIR. R. 47.5.4.

achieve the legitimate objective of promoting localism. We therefore affirm the judgment of the district court.

AFFIRMED.